**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00438-CR**
_____

**IN RE DAVID E. STANLEY**

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

David E. Stanley filed a petition for writ of mandamus through which he seeks to compel the trial court to rule on *pro se* motions that Stanley filed while he was represented by counsel. Stanley failed to establish a clear abuse of discretion by the trial court. *See Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977) (op. on reh'g). The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered October 30, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.